IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**GARY DENTAL, BALES AND BRADY TOWING WEST, LLC, BRADLEY KELLEY, and TIMOTHY HALL**,

      Plaintiffs,

    v.

**CITY OF SALEM/SALEM POLICE DEPARTMENT, CITY OF KEIZER/KEIZER POLICE DEPARTMENT, UNITED STATES DRUG ENFORCEMENT AGENCY, ANDREW ROBERTS, MARK KEAGLE, BENJAMIN RUDDELL, GERRIT ROELOF, JEFF JOHNSON, and TYSON HODGES,**

      Defendants.

No. 3:13-cv-1659-HU

OPINION AND ORDER

**MOSMAN, J.**,

    On June 18, 2014, Magistrate Judge Hubel issued his Findings and Recommendation [44], recommending that the Keizer Defendants' (City of Keizer and Officer Jeff Johnson of the Keizer Police Department) partial motion to dismiss [20] be GRANTED. No objections to this motion were filed.

## DISCUSSION

    The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge,

1 – OPINION AND ORDER

but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

      Upon review, I agree with Judge Hubel's recommendation and I ADOPT the F&R [44] as my own opinion.

      IT IS SO ORDERED.

      DATED this __20th__ day of August, 2014.

      /s/ Michael W. Mosman____
      MICHAEL W. MOSMAN
      United States District Judge

2 – OPINION AND ORDER